

# NUMBER 13-21-00157-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAMES CRAIG WIEGAND,                                     **Appellant,**

**v.**

THE STATE OF TEXAS,                                        **Appellee.**

## On appeal from the 24th District Court
## of Jackson County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

This cause is before the Court on its own motion. Briefs for both appellant and the State have been filed, and the case is ready for submission. Upon review, it was noted by the Court that Luis Martinez, counsel for James Craig Wiegand, appellant, is now appearing on behalf of the State of Texas in other cases pending before the Court. This sequence of events requires us to effectuate our responsibility to avoid further delay and

to preserve the parties' rights. *See* TEX. R. APP. P. 43.6, 44.3, 44.4. Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following:

1.     Whether appellant's counsel should be removed; and

2.     Whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that present counsel should be removed and appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues to be filed in a supplemental clerk's record. Additionally, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty (30) days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
12th day of July, 2022.